UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD JAMES DAVENPORT, et al.,<br><br>        Defendants. | No. CV-08-158-FVS<br><br>ORDER DENYING MOTION TO DISMISS |

**THIS MATTER** having come before the Court based upon defendant Ronald Davenport's motion to dismiss; and the Court having determined that he is not entitled to the relief he seeks; Now, therefore

**IT IS HEREBY ORDERED:**

Mr. Davenport's motion to dismiss (**Ct. Rec. 7**) is **denied.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Mr. Davenport and to counsel for the United States.

**DATED** this ___8th___ day of October, 2008.

                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                  Senior United States District Judge

ORDER DENYING MOTION TO DISMISS - 1